**Clinton Matthew IVEY,**
**Plaintiff–Appellant,**

v.

**Garrett SHELTON, Jr., Captain (Portsmouth Police); Lisa Smith, Lieutenant (Portsmouth Police); Carlos Gonzalez, Detective (Suffolk); Pam King, Fire Marshal (Suffolk); Westbrook Parker, Judge; Justin T. Bush, Attorney, Defendants–Appellees.**

**No. 10–6690.**

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 26, 2010.

Decided: Sept. 3, 2010.

Clinton Matthew Ivey, Appellant Pro Se.

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clinton Matthew Ivey appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) civil rights action. On ap-

peal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Ivey's informal brief does not challenge the basis for the district court's disposition, Ivey has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*